```
                                              FILED
                                       JUDGMENT ENTERED

                                         U.S. District Court
                                     Eastern District of California
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

Eduardo Palacios-Castro,

       Petitioner,

**JUDGMENT IN A CIVIL ACTION**

vs.

       1:05-CV-1573 REC
       1:03-CR-5456 REC

UNITED STATES OF AMERICA

       Respondent.
_____/

    IT IS HEREBY ORDERED AND ADJUDGED that the motion to vacate, set aside, or correct sentence pursuant to 28 USC 2255 is DENIED; JUDGMENT IS ENTERED ON BEHALF OF RESPONDENT.

DATED: December 16, 2005

                                      JACK L. WAGNER, Clerk

                             By: /s/ M. Means Rooney
                                    Deputy Clerk